UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

ROHAN BENNETT,

                Petitioner,

  -against-　　　　　　　　　　　　　　　　　　　**TRANSFER ORDER**
  　　　　　　　　　　　　　　　　　　　　　　　07-CV-3097 (NGG)
ROBERT E. ERCOLE,

                Respondent.
---------------------------------------------------------X
GARAUFIS, United States District Judge:

On July 23, 2007, petitioner filed this *pro se* petition seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Since the judgment of conviction being challenged was entered in the County Court, Westchester County, which is located in the Southern District of New York, the action should be and hereby is transferred to the United States District Court for the Southern District of New York. See 28 U.S.C. § 112(b); Local Civil Rule 83.3. The Clerk of Court is directed to transfer this action to the United States District Court for the Southern District of New York. Rule 83.1 of the Local Rules for the Eastern District of New York, which requires the Clerk of Court to delay the transfer of relevant materials for five days, is waived.

SO ORDERED.

                                                       /signed/
                                         Nicholas G. Garaufis
                                         United States District Judge

Dated: Brooklyn, New York
        August 1, 2007